Berj K. Parseghian (Cal. Bar No. 200932)
LIPPES MATHIAS LLP
420 Lexington Avenue, Suite 2005
New York, NY 10170
Telephone: (332) 345-4500
Facsimile: (716) 853-5199
Email: bparseghian@lippes.com

Attorneys for Defendant
OPTIO SOLUTIONS, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SADIK HODZIC,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>OPTIO SOLUTIONS, LLC D/B/A QUALIA COLLECTION SERVICES,<br><br>　　　　　　　Defendant. | Case No.: 3:25-cv-03756-LB<br><br>**DEFENDANT OPTIO SOLUTIONS, LLC'S CORPORATE DISCLOSURE** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1, Optio Solutions, LLC, by and through its undersigned attorneys, hereby notifies this Court and all parties of the following:

　　　　1.　　Optio Solutions, LLC is a Delaware limited liability company with a principal place of business in the State of California.

　　　　2.　　Optio Solutions, LLC is wholly owned by CrossCheck, Inc., a California corporation.

　　　　3.　　No publicly held corporation owns 10% or more interest of Optio Solutions, LLC.

DATED:　　　June 25, 2025

　　　　　　　　　　　　　　　　　　　　　　　**LIPPES MATHIAS LLP**

　　　　　　　　　　　　　　　　　　　　　　　s/ Berj K. Parseghian
　　　　　　　　　　　　　　　　　　　　　　　Berj K. Parseghian
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　　Optio Solutions, LLC