1  Berj K. Parseghian (Cal. Bar No. 200932)
   LIPPES MATHIAS LLP
2  420 Lexington Avenue, Suite 2005
   New York, NY 10170
3  Telephone: (332) 345-4500
   Facsimile: (716) 853-5199
4  Email: bparseghian@lippes.com

5  Attorneys for Defendant
   OPTIO SOLUTIONS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SADIK HODZIC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>OPTIO SOLUTIONS, LLC D/B/A QUALIA COLLECTION SERVICES,<br><br>　　　　　Defendant. | Case No.: 3:25-cv-03756-LB<br><br>**DEFENDANT OPTIO SOLUTIONS, LLC'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

　　　　Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

　　　　1.　　defendant Optio Solutions, LLC; and.

　　　　2.　　CrossCheck, Inc., Optio Solutions, LLC's parent.

DATED:　　June 25, 2025

　　　　　　　　　　　　　　　　**LIPPES MATHIAS LLP**

　　　　　　　　　　　　　　　　s/ Berj K. Parseghian
　　　　　　　　　　　　　　　　Berj K. Parseghian
　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　Optio Solutions, LLC